United States Bankruptcy Court
for the Eastern District of Pennsylvania

In re:  Linda Patton                    :  Bky No. 24-10875-amc

      Debtor                          :  Chapter 13

### Certificate of No Response to Motion Motion to Continue Stay

The undersigned counsel for the debtor hereby certifies that more than 21 days have elapsed from the date of service of Motion to Continue Stay and that no creditor or any other party in interest has served upon counsel for debtor an answer, objection responsive pleading or request for hearing.

                                              **s/Lawrence S.  Rubin, Esquire**
Lawrence S. Rubin, Esquire
Attorney for Debtor
337 West State Street
Media, PA 19063
Phone No: (610) 565-6660
Fax No: (610) 565-1912

**Lawrence S. Rubin**
**Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com