United States Bankruptcy Court
for the Eastern District of Pennsylvania

In re:  Linda Patton  :  Bky No. 24-10875-amc

Debtor  :  Chapter 13

### **ORDER**

The debtor having filed a motion to continue stay pursuant to §362(c)(3) and the court having found good cause to do so, it is hereby Ordered that

1. The motion is granted.

2. The automatic stay in this case shall continue as to property of the estate, as well as to property of the debtor with respect to any and all creditors until further order of this court.

Date:  April 9, 2024

_____
Ashely Chan, Bankruptcy Judge

**Lawrence S. Rubin**
**Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com