IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF
PENNSYLVANIA

IN RE:

Linda Patton

        **Debtor(s)**

: CHAPTER 13
:
: CASE NO. 24-10875
:
:
:
:

**CERTIFICATION THAT DEBTOR HAS NOT BEEN REQUIRED TO FILE TAX RETURNS IN OVER [    ] YEARS.**

It is hereby certified by the debtor that she has not been required to file a tax return since at least 20**15** as her sole source of income is **Social Security** [pension, social security benefits, etc.....].

The Debtor hereby verifies that the statements made above are true and correct to the best of her knowledge information and belief and that these statements are made subject to the penalties of 18 Pa. C.S.A. § 4904 relating to unworn falsification to authorities.

I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge and belief.

Dated: 3/15/24

                                                            */s/ Linda Ball Patton*
                                                          Debtor