United States Bankruptcy Court
for the Eastern District of Pennsylvania

In re:   Linda Patton                           :   Bky No. 24-10875-amc

      Debtor                                  : Chapter 13

**NOTICE OF HEARING TO CONSIDER OBJECTION TO
PROOF OF CLAIM OF CAPITAL ONE CLAIM  #16**

To: EXP Realty

**The debtor has filed an objection to the proof of claim you filed in this bankruptcy case.**

**Your claim may be reduced, modified, or eliminated.  You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the court to eliminate or change your claim, you or your lawyer must attend the hearing on the objection, scheduled to be held before the Honorable Ashely M Chan at a telephonic hearing on 8/21/24 at 11:00 a.m. United States Bankruptcy Court, by telephonic hearing.  You are directed to call in using Phone Number: **877-873-8017** with Access Code: 3027681  .  Do not come to the courthouse for this hearing.  If you or your attorney do not attend the hearing on the objection by phone, the court may decide that you do not oppose the objection to your claim.

Date: July 16, 2024

                                                  **s/Lawrence S.  Rubin, Esquire**
                                                  Lawrence S. Rubin, Esquire
                                                  Attorney for Debtor
                                                  Lrubin@pennlawyer.com
                                                  337 West State Street
                                                  Media, PA 19063
                                                  Phone No: (610) 565-6660

**Lawrence S. Rubin
Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com