United States Bankruptcy Court
for the Eastern District of Pennsylvania

In re:  Linda Patton                    :  Bky No. 24-10875-amc

     Debtor                             :  Chapter 13

**Withdrawal of Objection to Claim of EXP Realty, LLC Claim #1**

To the Clerk:

Please withdraw the debtor's Objection to the claim of EXP Realty, Claim #1 as moot.

               **s/Lawrence S. Rubin, Esquire**
               Lawrence S. Rubin, Esquire
               Lrubin@pennlawyer.com
               Attorney for Debtor
               337 West State Street
               Media, PA 19063
               (610) 565-6660

**Lawrence S. Rubin**
**Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com