United States Bankruptcy Court
for the Eastern District of Pennsylvania

In re:  Linda Patton　　　　　　　　　: Bky No. 24-10875-amc

　　　　Debtor　　　　　　　　　　　: Chapter 13

**Praecipe to Relist Confirmation Hearing**

To The Clerk:

Please relist the above case for a confirmation hearing.

　　　　　　　　　　　　　　　　　　**s/Lawrence S. Rubin, Esquire**
　　　　　　　　　　　　　　　　　　Lawrence S. Rubin, Esquire
　　　　　　　　　　　　　　　　　　Attorney for Debtor
　　　　　　　　　　　　　　　　　　337 West State Street
　　　　　　　　　　　　　　　　　　Media, PA 19063
　　　　　　　　　　　　　　　　　　Phone No: (610) 565-6660

Dated: October 17, 2024

**Lawrence S. Rubin**
**Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com