# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### PHILADELPHIA DIVISION

| | |
|---|---|
| In re:<br><br>**Linda Patton**<br>    Debtor<br><br>**Select Portfolio Servicing, Inc.**<br>    Movant<br><br>v.<br><br>**Linda Patton**<br>    Debtor/Respondent<br>**Daniel J. Patton**<br>**KENNETH E. WEST, Esquire**<br>    Trustee/Respondent | **Bankruptcy No. 24-10875-amc**<br><br>**Chapter 13** |

## ORDER OF COURT GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY

AND NOW, this 13th day of Dec., 2024, upon consideration of Select Portfolio Servicing, Inc.'s Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d) and 11 U.S.C. § 1301, any response thereto and that it is not necessary for an effective reorganization, it is hereby

ORDERED, that effective December 31, 2024, the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby unconditionally terminated with respect to Select Portfolio Servicing, Inc.; and it is further

ORDERED, that Select Portfolio Servicing, Inc., its successors and/or assignees be entitled to proceed with appropriate state court remedies against the property located at 121 Davis Rd, Malvern, PA 19355, including without limitation a sheriff's sale of the property, and it is further

ORDERED that Select Portfolio Servicing, Inc.'s request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted.

BY THE COURT

_____
Hon. Ashely M. Chan
U.S. Bankruptcy Court Judge