United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-10875-amc |
| Linda Patton | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 13, 2024 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Linda Patton, 121 Davis Rd, Malvern, PA 19355-3427 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: RASEBN@raslg.com | Dec 14 2024 00:01:00 | Select Portfolio Servicing, Inc., Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2024          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| LAWRENCE S. RUBIN | on behalf of Debtor Linda Patton echo@pennlawyer.com  foxtrot@pennlawyer.com;7272@notices.nextchapterbk.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 13, 2024 | Form ID: pdf900 | Total Noticed: 2 |

MARY L O'ROURKE
    on behalf of Creditor EXP Realty  LLC mary.orourke@exprealty.net, dmastervich@mcguirewoods.com;khays@mcguirewoods.com

MICHELLE L. MCGOWAN
    on behalf of Creditor Select Portfolio Servicing  Inc. mimcgowan@raslg.com

ROBERT BRIAN SHEARER
    on behalf of Creditor Select Portfolio Servicing  Inc. rshearer@raslg.com

ROBERT BRIAN SHEARER
    on behalf of Creditor Select Portfolio Servicing  INC rshearer@raslg.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### PHILADELPHIA DIVISION

| | |
|---|---|
| **In re:**<br><br>Linda Patton<br>        Debtor<br><br>**Select Portfolio Servicing, Inc.**<br>        Movant<br><br>v.<br><br>Linda Patton<br>        Debtor/Respondent<br>Daniel J. Patton<br>KENNETH E. WEST, Esquire<br>        Trustee/Respondent | **Bankruptcy No. 24-10875-amc**<br><br>**Chapter 13** |

## ORDER OF COURT GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY

AND NOW, this    13th    day of    Dec.   , 2024, upon consideration of Select Portfolio Servicing, Inc.'s Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d) and 11 U.S.C. § 1301, any response thereto and that it is not necessary for an effective reorganization, it is hereby

ORDERED, that effective December 31, 2024, the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby unconditionally terminated with respect to Select Portfolio Servicing, Inc.; and it is further

ORDERED, that Select Portfolio Servicing, Inc., its successors and/or assignees be entitled to proceed with appropriate state court remedies against the property located at 121 Davis Rd, Malvern, PA 19355, including without limitation a sheriff's sale of the property, and it is further

ORDERED that Select Portfolio Servicing, Inc.'s request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted.

BY THE COURT

_____
Hon. Ashely M. Chan
U.S. Bankruptcy Court Judge