**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  : CHAPTER 13
Linda Patton

 : BANKRUPTCY NO. 24-10875 AMC

AMC Debtor (s)

**P R A E C I P E**

Kindly relist the above captioned Chapter 13 Bankruptcy case for a hearing on confirmation of the debtor(s) chapter 13 plan on 5/13/2025 at 10:00 AM before Honorable Chief Judge, Ashely M. Chan.

Respectfully submitted,

Date: February 11, 2025

/s/Jack K. Miller, Esquire for
Kenneth E. West
Chapter 13 Standing Trustee
P.O. Box 40837
Philadelphia, PA  19105