*Form 152* (1/25)–doc 62 – 49

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|    Linda Patton ) | Case No. 24–10875–amc |
| ) | |
| Debtor(s). ) | Chapter: 13 |
| ) | |

## NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

on 5/13/25 at 10:00 AM , in HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M–20–3003

Date: February 12, 2025                                                                         For The Court

                                                                                                                        Timothy B. McGrath
                                                                                                                        Clerk of Court