United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Linda Patton  
    Debtor

Case No. 24-10875-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Feb 12, 2025      Form ID: 152      Total Noticed: 14

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Linda Patton, 121 Davis Rd, Malvern, PA 19355-3427 |
| 14865134 | + | Horace Pryor Irrev Trust, 400 Berwyn Park, 899 Cassatt Rd, Ste 320, Berwyn, PA 19312-1190 |
| 14869836 | + | PNC BANK, NATIONAL ASSOCIATION, c/o MICHAEL PATRICK FARRINGTON, KML Law Group, P.C., 701 Market St., Suite 5000 Philadelphia, PA 19106-1541 |
| 14867174 | + | eXp Realty, LLC, 2219 Rimland Dr Ste 301, Bellingham, WA 98226-8759 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 13 2025 00:01:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 13 2025 00:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14865136 | | Email/Text: nsm_bk_notices@mrcooper.com | Feb 13 2025 00:01:00 | Nationstar Mortgage Ll, Attn: Bankruptcy 350 Highland Dr, Lewisville, TX 75067 |
| 14865137 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 13 2025 00:01:00 | PA Department of Revenue, Department 280946, Attn: Bankruptcy Division, Harrisburg, PA 17128-0001 |
| 14882704 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 13 2025 00:00:00 | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14865138 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 13 2025 00:00:00 | Pnc Bank, PO Box 5570, Cleveland, OH 44101 |
| 14873227 | + | Email/Text: RASEBN@raslg.com | Feb 13 2025 00:00:00 | Select Portfolio Servicing, Inc., c/o Robert Shearer, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 14889967 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 13 2025 00:01:00 | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14881594 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Feb 13 2025 00:01:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 14883808 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 13 2025 00:07:25 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 10

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID    Bypass Reason   Name and Address**

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 12, 2025 | Form ID: 152 | Total Noticed: 14 |

| | | |
|---|---|---|
| 14865133 | | Daniel Patton |
| 14865135 | | Horace Pryor Irrev Trust |
| 14870275 | *+ | PNC BANK, NATIONAL ASSOCIATION, c/o MICHAEL PATRICK FARRINGTON, KML Law Group, P.C., 701 Market St., Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| LAWRENCE S. RUBIN | on behalf of Debtor Linda Patton echo@pennlawyer.com foxtrot@pennlawyer.com;7272@notices.nextchapterbk.com |
| MARY L O'ROURKE | on behalf of Creditor EXP Realty  LLC mary.orourke@exprealty.net, dmastervich@mcguirewoods.com;khays@mcguirewoods.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor Select Portfolio Servicing  Inc. mimcgowan@raslg.com |
| ROBERT BRIAN SHEARER | on behalf of Creditor Select Portfolio Servicing  INC rshearer@raslg.com |
| ROBERT BRIAN SHEARER | on behalf of Creditor Select Portfolio Servicing  Inc. rshearer@raslg.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

*Form 152* (1/25)–doc 62 – 49

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>  Linda Patton<br><br>  Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24−10875−amc<br><br>Chapter: 13 |

## NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

on 5/13/25 at 10:00 AM , in HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M−20−3003

Date: February 12, 2025                                                                                   For The Court

                                                                                                          Timothy B. McGrath
                                                                                                          Clerk of Court