B2030 (Form 2030) (12/15)                                                                                         AMENDED

# United States Bankruptcy Court

Eastern District of Pennsylvania

In re  Linda Patton

Case No. 24-10875

**Debtor**

Chapter 13

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☑ FLAT FEE

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 4,725.00

Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . $ 3,000.00

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 1,725.00

☐ RETAINER

For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $ _____

The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $ _____

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

   ☑ Debtor      ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor      ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;



      d.   [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Fees stated above exclude the following services, which will be billed in addition to the above sums at the rate stated in the fee agreement, (which is incorporated herein by reference hereto) currently $400 an hour, or the hourly fees stated in the fee agreement, whichever is lesser: Obtaining extension or imposition of the stay; preparation of taxes; obtaining permission to sell real estate (including the filing of motions therefor); recovery of property; obtaining a discharge of a student loan; services in re motion for relief; services after a default in stipulation payments; debtor-filed objections to claims; motions to reinstate stay or the case; motions to modify the plan after confirmation in a chapter 13 case; services requested after usual office hours or on weekends; obtaining approval or fees for other professionals or persons rendering services to you; obtaining approvals for a mortgage modification; appeals to any court; recovering a vehicle or a vehicle title; motions or adversary proceedings for contempt; other adversary proceedings; cancellation of an under or unsecured mortgages; negotiating for forgiveness of a debt; negotiating or lowering of utility deposits; motions to abate; refiling a dismissed case and all other motions or proceedings not ordinarily filed in every normal chapter 13. Fees do not include conversion to another chapter, which is charged subject to written pre-filing agreement. Attorney reserves the right to bill additional sums in the event that more than one 341 meeting is required due to a request of the client (attorney requested continuances are not billed). Additionally excluded are all matters referenced as extra services rotated in the fee agreement, incorporated herein by reference. Fees in a chapter 7 do not include objections to discharge or proceedings to determine dischargeability of a debt. Fees also do not include proceedings to approve a reaffirmation. In the event that additional services become billable pursuant to the parties' fee agreement, the rate charged will be $400 an hour or the specified hourly rate in the fee agreement, whichever is less.

# CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

06/04/2025

*Date*

/s/ Lawrence Rubin, 027195

*Signature of Attorney*

Lawrence Rubin

*Name of law firm*
337 W State St
Media, PA 19063-2615