**ROBERT J. CAREY**
ATTORNEY AND COUNSELLOR AT LAW
AND
BROKER/OWNER
CAREY REAL ESTATE SERVICES

117 WEST GAY STREET, SUITE 309
WEST CHESTER, PA  19380
(610) 933-0878
RCAREY@CAREY-SERVICES.COM

June 2, 2025

Lawrence S. Rubin, Esquire
337 West State Street
Media, PA 19063

RE:    Linda Patton: Bankruptcy No. 24-10875-AMC - 121 Davis Road, Malvern, PA 19355

Mr. Rubin:

    As you know, the above mentioned debtor in bankruptcy, Linda Patton, and her husband, Daniel Patton, have formally entered into a written Listing Contract with me in my capacity as the Owner/Broker of Carey Real Estate Services to list and sell their home at 121 Davis Road, Malvern, PA 19355, which is located in Willistown Township, Chester County (the "Property"). Indeed, the Property has been listed on the Bright MLS ("Multiple Listing Service") since December 14, 2024.  I am writing on behalf of the Pattons to update you on the progress of that for sale listing and to provide justification for a request to keep the Bankruptcy case current until at least the end of August 2025 (the middle part of the area's summer real estate market).

    The most recent updates in the real estate market as a whole have been dramatic to say the least.  As I am sure you know, our local real estate market as well as most parts of the country have been a red hot seller's market for the last four or five years.  However, the last few months have changed everything.  We finally are seeing the effect of increased asking prices combined with higher interest rates whereby sales of existing homes dropped in April and May to their lowest levels in years.  And according to the latest published data, sellers outnumber buyers by significant numbers throughout the country for the first time in years.  Much of that change is being attributed to the temporary financial uncertainty that many buyers are feeling with the changes in policy with the new administration in Washington.  However, in the high-end, cash rich niche areas like where the Property is located, it seems to be the uncertainty in the financial markets that have pulled many buyers out of the real estate market.  Showings for the Property had decreased through the traditional hot spring market to a near stand still.  But very recently we are seeing an up-tick in showing requests as it appears that the financial markets have found their footing again.  For high end and cash buyers, that is a very good sign and there now is a better chance that the Property will sell sooner rather than later.

    Although I am an active, licensed Pennsylvania attorney, I do not practice Bankruptcy law, but I do have extensive experience representing home owners facing foreclosure and sheriff sales throughout Pennsylvania, and particularly in Chester and Delaware Counties.  In fact, that is why the Pattons contacted me last year.  And as a licensed Real Estate Broker, I have extensive experience assisting buyers and sellers in real estate transactions involving properties in foreclosure and especially facing sheriff sales.  I personally have been handling all of the marketing, showings and negotiations and hopefully will be handling a closing of a sale of the Property in the very near future.

As you are aware, the Pattons also are defendants in a foreclosure action in Chester County, which action has been stayed during the pendency of the Bankruptcy action. If the Bankruptcy case is dismissed, that foreclosure action will proceed to sheriff sale in the very near future. Obviously, this requested extension not only will allow the Pattons an opportunity to sell the Property unencumbered by an impending sheriff sale date, but also will work to the benefit of all of the creditors. It is no secret that proceeds from the sale of properties sold at sheriff sales quite often only cover the foreclosure judgment amount and unpaid real estate taxes and costs. That would leave nothing for any of the other creditors or for the Pattons to start over. A traditional private sale before the Property appears on any sheriff sale list is in the best interests of both the debtor and all of the creditors, will result in the full repayment to all of the creditors, and will avoid all of the additional unnecessary expenses, delays and procedural hurdles inherent in a foreclosure action and sheriff sale.

Moreover, it is my experience from over thirty years of practice that it is much more difficult to sell a property for its reasonable fair market value after the state foreclosure execution process has begun due to the simple fact that many buyers will try to buy the property at a large discount at the sheriff sale rather than to buy the property on the open market. Indeed, in the nearly five months that I have had the Property listed for sale, I have been contacted by numerous investors and real estate agents asking about the possibility of the Property going to sheriff sale only to be disappointed to hear that the Property currently is not facing a sheriff sale. It only has been in the last month or so that the obvious investors have fallen off and the Property is being seen by more ultimate users. I personally have been present at every showing of the Property and am able to interact with the showing agents and their clients, and can attest to the fact that the conversations now revolve around how to improve the Property to make it perfect for that particular buyer rather than how much profit might be gained in the transaction. In other words, it seems to me that the farther away from a potential sheriff sale, the more likely it is that the Property will sell at a fair market price to an ultimate user.

Since at least the middle of March, I have discussed possible purchase scenarios with at least four potential purchasers or their agents, albeit without formal written offers. Since the house was built in 1967, most buyers, especially in this price range, are looking to radically update, renovate or even add on to before moving in. And since the Pattons obviously will have difficulty securing a new residence prior to a closing on the Property, the logistics of the complete transaction are proving difficult for most real estate agents to comprehend. As you can imagine, the buyers are now turning to their attorneys to enter into the negotiations which, understandably, is slowing the process a bit. However, I am confident that the terms of an equitable deal can and will be arrived at in the next few months, so long as the specter of a sheriff sale does not reappear. While it may take a little longer than first thought, a fair and equitable deal will allow all creditors to be paid in full and will provide the Pattons with sufficient funds to acquire a new residence and a new start. After all, isn't that the purpose of the Bankruptcy process in the first place?

      Thus, for all of the foregoing reasons, it is imperative that the Bankruptcy be continued through at least the end of August 2025 to allow for the best opportunity to sell the Property for the greatest benefit for all parties involved.  And as stated previously, I will do anything within my authority as the Listing Broker to do whatever else the Court proposes to make this listing result in a sale that mutually benefits the Pattons and all of the creditors.  Please feel free contact me or have the Court or Trustee contact me if you or they have any questions, concerns or directions regarding this matter (office phone to email - 484-881-3385; direct email - RCarey@Carey-Services.com )

                                                Sincerely,

                                                /S/ Robert J. Carey
                                                Robert J. Carey

cc:     Ms. Linda Patton, Mr. Daniel Patton