United States Bankruptcy Court
for the Eastern District of Pennsylvania

In re:  Linda Patton                : Bky No. 24-10875-amc

      Debtor                         : Chapter 13

**Certification of Service**

    I, Lawrence S Rubin, attorney for the debtor, certify that on July 21, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

  10th Amended Chapter 13 Plan

Mailing List Exhibit:

All creditors filing claims
All secured and priority creditors
Kenneth West, Chapter 13 Trustee

Via:  CM/ECF

By email:

1. The debtor

2. Sherri Dicks, Esq
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Authorized Agent for Secured Creditor, Select Portfolio
13010 Morris Rd., Suite 450
Alpharetta, GA 30004

                                              **s/Lawrence S. Rubin, Esquire**
                                              Lawrence S. Rubin, Esquire
                                              Attorney for Debtor
                                              337 West State Street
                                              Media, PA 19063
                                              (610) 565-6660

Dated: Aug. 29, 2025

**Lawrence S. Rubin**
**Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com