**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>Linda Patton,<br>              Debtor.<br><br>Select Portfolio Servicing, Inc.,<br>              Movant,<br>   v.<br>Linda Patton,<br>              Debtor/Respondent,<br><br>Kenneth E. West,<br>              Trustee/Additional Respondent. | Bankruptcy No. 24-10875-amc<br><br>Chapter 13<br><br>Related to Doc. No. 83 |

**SELECT PORTFOLIO SERVICING, INC. OBJECTION TO CONFIRMATION**
**OF DEBTOR'S 10TH AMENDED CHAPTER 13 PLAN**

Select Portfolio Servicing, Inc., ("SPS" or "Secured Creditor"), by and through its undersigned counsel, hereby objects to the proposed Chapter 13 Plan of Linda Patton ("Debtor"), and in support thereof alleges as follows:

1. Debtor Linda Patton filed a Voluntary Petition pursuant to Chapter 13 of the Bankruptcy Code on March 15, 2024.

2. SPS holds a security interest in Debtor's real property located at 121 Davis Road, Malvern, PA 19355 (the "Property") by virtue of a Mortgage recorded with the Chester County Recorder of Deeds on December 2, 2004 at Document No. 10484180 that has ultimately been assigned to Select Portfolio Servicing, Inc..

3. Said Mortgage secures a Promissory Note ("Note") in the amount of $333,700.00.

4. On July 30, 2024 Secured Creditor filed its Motion for Relief from the Automatic Stay based on the Debtor's post-petition delinquency on monthly mortgage payments.

5. The Chapter 13 Plan of the Debtor has not been confirmed. At the time the Secured Creditor's motion was filed, Debtor's Tenth (10th) Amended Plan was pending.

6. On December 13, 2024, this Honorable Court granted Movant's Motion, and granted Select Portfolio Servicing, Inc. unrestricted relief from the automatic stay to foreclose on the real property located at 121 David Road, Malvern, Chester County, PA 19355. A copy of the order attached hereto as Exhibit "A".

7. The Court's order was not and has not been appealed.

8. In violation of this Court's Order, beginning January 29, 2025 with a Fifth Amended Plan (at Docket Entry No. 59) and continuing with a 10th Amended Plan on August 29, 2025 (at Docket Entry No. 85) that would effectually overrule the Court's relief order by permitting Debtor to sell the Property to the exclusion of Secured Creditor.

9. Secured Creditor vehemently objects to the multiple amended Plans of Debtor. Beginning March 24, 2025, Secured Creditor filed an Objection to the Plan on the grounds that "Secured Creditor does not consent to being bound to any Chapter 13 Plan provisions filed by the debtor, as it has stay relief and intends to proceed with the lawful foreclosure of the collateral outside of the bankruptcy." see Docket Entry No. 65 and submits the same position for Debtor Amended Plans Sixth through Ninth and continues for the instant Tenth (10th) Amended Plan.

10. The Plan language still provides for the sale of the Property and Secured Creditor is included in the Part 9 of the Plan for this purpose.

11. Based on the foregoing, Secured Creditor continues its objection to any Plan of the Debtor that attempts to circumvent Secured Creditor's rights by having a Chapter 13 Plan confirmed over a Court Order to the contrary. Secured Creditor Select Portfolio Servicing, Inc. was granted relief from the automatic stay by this Honorable Court and intends to proceed with the lawful foreclosure of the collateral outside of the instant bankruptcy case.

**WHEREFORE**, Secured Creditor Select Portfolio Servicing, Inc. respectfully requests that this Court DENY CONFIRMATION of the Tenth Amended Chapter 13 Plan of Debtor Linda Patton and bar the Debtor from presenting any additional Amended Plans that would impede the rights of SPS or the sale of 121 Davis Road, Malvern, Chester County, PA 19355 by Secured Creditor Select Portfolio Servicing, Inc.

Respectfully Submitted,

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Authorized Agent for Secured Creditor
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Phone: (470) 321-7112
Fax: (404) 393-1425

By: /s/Sherri R. Dicks
    SHERRI R. DICKS
Pennsylvania Bar Number 90600
Email: sdicks@raslg.com

Date: September 15, 2025

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>Linda Patton,<br>　　　　Debtor,<br><br>Select Portfolio Servicing, Inc.,<br>　　　　Movant,<br>　v.<br>Linda Patton,<br>　　　　Debtor/Respondent,<br><br>Kenneth E. West,<br>　　　　Trustee/Additional Respondent. | Bankruptcy No. 24-10875-amc<br><br>Chapter 13<br><br>Related to Doc. No. 83 |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on September 15, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF and/or First Class Mail, postage prepaid to the following parties:

Lawrence S. Rubin
Lawrence S. Rubin, Esq.
337 West State Street
Media, PA 19063-2615

Kenneth E. West
Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

Frederic J. Baker
Assistant United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

Linda Patton
121 Davis Rd.
Malvern, PA 19355

                Respectfully Submitted,

                **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
                Authorized Agent for Secured Creditor
                13010 Morris Rd., Suite 450
                Alpharetta, GA 30004
                Phone: (470) 321-7112
                Fax: (404) 393-1425

                By: /s/Sherri R. Dicks
                Sherri R. Dicks, Esquire
                Pennsylvania Bar No. 90600
                Email:  sdicks@raslg.com