United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-10875-amc |
| Linda Patton | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 16, 2025 | Form ID: pdf900 | Total Noticed: 19 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Linda Patton, 121 Davis Rd, Malvern, PA 19355-3427 |
| cr | + | EXP Realty, LLC, eXp Realty, 2219 Rimland Drive, Bellingham, WA 98226-8660 |
| 14865134 | + | Horace Pryor Irrev Trust, 400 Berwyn Park, 899 Cassatt Rd, Ste 320, Berwyn, PA 19312-1190 |
| 15031856 | + | Horace N. Pryor Irrevocable Trust, Stephen V. Bottiglieri, Esquire, 899 Cassatt Road, Suite 320, Berwyn, PA 19312-1190 |
| 15031606 | + | Horace N. Pryor Irrevocable Trust, c/o Toscani, Stathes & Zoeller, LLC, 899 Cassatt Road, Suite 320, Berwyn, PA 19312-1190 |
| 14869836 | + | PNC BANK, NATIONAL ASSOCIATION, c/o MICHAEL PATRICK FARRINGTON, KML Law Group, P.C., 701 Market St., Suite 5000 Philadelphia, PA 19106-1541 |
| 15031607 | + | Stephen V. Bottiglieri, Esquire, Toscani, Stathes & Zoeller, LLC, 899 Cassatt Road, Suite 320, Berwyn, PA 19312-1190 |
| 14867174 | + | eXp Realty, LLC, 2219 Rimland Dr Ste 301, Bellingham, WA 98226-8759 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 17 2025 00:34:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 17 2025 00:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: RASEBN@raslg.com | Sep 17 2025 00:34:00 | Select Portfolio Servicing, Inc., Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 14865136 | | Email/Text: nsm_bk_notices@mrcooper.com | Sep 17 2025 00:34:00 | Nationstar Mortgage Ll, Attn: Bankruptcy 350 Highland Dr, Lewisville, TX 75067 |
| 14865137 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 17 2025 00:34:00 | PA Department of Revenue, Department 280946, Attn: Bankruptcy Division, Harrisburg, PA 17128-0001 |
| 14882704 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 17 2025 00:33:00 | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14865138 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 17 2025 00:33:00 | Pnc Bank, PO Box 5570, Cleveland, OH 44101 |
| 14873227 | + | Email/Text: RASEBN@raslg.com | Sep 17 2025 00:34:00 | Select Portfolio Servicing, Inc., c/o Robert Shearer, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 14889967 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 17 2025 00:34:00 | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14881594 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 17 2025 00:34:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 14883808 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 17 2025 00:55:26 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 16, 2025 | Form ID: pdf900 | Total Noticed: 19 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14865133 | | Daniel Patton |
| 14865135 | | Horace Pryor Irrev Trust |
| cr | *+ | Horace N. Pryor Irrevocable Trust, c/o Toscani Stathes & Zoeller LLC, 899 Cassatt Road, Suite 320, Berwyn, PA 19312-1190 |
| 14870275 | *+ | PNC BANK, NATIONAL ASSOCIATION, c/o MICHAEL PATRICK FARRINGTON, KML Law Group, P.C., 701 Market St., Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2025             Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| LAWRENCE S. RUBIN | on behalf of Debtor Linda Patton echo@pennlawyer.com  foxtrot@pennlawyer.com;7272@notices.nextchapterbk.com |
| MARY L O'ROURKE | on behalf of Creditor EXP Realty  LLC mary.orourke@exprealty.net, dmastervich@mcguirewoods.com;khays@mcguirewoods.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor Select Portfolio Servicing  Inc. mimcgowan@raslg.com |
| ROBERT BRIAN SHEARER | on behalf of Creditor Select Portfolio Servicing  Inc. rshearer@raslg.com |
| ROBERT BRIAN SHEARER | on behalf of Creditor Select Portfolio Servicing  INC rshearer@raslg.com |
| SHERRI DICKS | on behalf of Creditor U.S. Bank Trust National Association  Not In Its Individual CAPA City But Solely As Owner Trustee For RCAF Acquisition Trust sdicks@raslg.com, shrdlaw@outlook.com |
| SHERRI DICKS | on behalf of Creditor Select Portfolio Servicing  Inc. sdicks@raslg.com, shrdlaw@outlook.com |
| STEPHEN VINCENT BOTTIGLIERI | on behalf of Creditor Horace N. Pryor Irrevocable Trust sbottiglieri@tszlegal.com  ToscaniStathesZoellerLLC@jubileebk.net |
| United States Trustee | |

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Sep 16, 2025 | Form ID: pdf900 | Total Noticed: 19

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| LINDA PATTON, | : | |
| Debtor(s) | : | Bky. No. 24-10875AMC |

### ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor(s) shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within **twenty (20) days** of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in Paragraph 5 above, Counsel for the Debtor(s) shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Dated: Sept. 16, 2025

_____
**ASHELY M. CHAN**
**U.S. BANKRUPTCY JUDGE**