# Exhibit "A"

# UNRUH TURNER BURKE & FREES
ATTORNEYS AT LAW

JOHN K. FIORILLO
Jfiorillo@utbf.com

June 9, 2025

Linda Ball Patton and
Daniel J. Patton
121 Davis Road
Malvern, PA 19355

RE:   Tax Assessment Appeal for 121 Davis Road, Tax Parcel 5403 03260000

Dear Property Owner:

The deadline of **August 1, 2025** for appealing your assessment for 2026 is approaching. Your property may be over-assessed. Because your assessment represents a percentage of fair market value, your current assessment is correct if your property has a fair market value of approximately **$1,388,250.00**. Prior correspondence referenced a *fair market value based upon the percentage applicable for 2025*. Although the new ratio of assessment to fair market value applicable for 2026 has not yet been published, I am estimating what it will be based upon prior years' movements. Assuming the prior years' trend continues, this changes the fair market value you have to establish in order to lower your assessment. If your property is worth less than approximately **$1,388,250.00**, a reduction in your assessment may be warranted. Unless you purchased your property within the last year, an appraisal is the preferred way to establish your property's fair market value. I would be happy to help you determine if an appeal makes sense.

My office is located in West Chester, Pennsylvania. I have been in practice since 1989. I have appeared before the Board of Assessment Appeals many times both for residential and commercial properties. In addition, I successfully litigated one of the landmark cases before the Pennsylvania Supreme Court involving uniformity of taxation. In that case, I represented a commercial property owner who claimed his assessment was higher than similarly situated properties thus violating the uniformity clause of the state constitution.

My fee is contingent on obtaining you a reduction. I charge 33% of one year's savings of your school, county and township taxes, but in no event less than $600.00. If I do not achieve at least $600 in savings, there is no legal fee. The costs for which you would be responsible are limited to the out of pocket costs attendant to your appeal, including an appraisal if your situation requires one. As long as your purchase price represents the fair market value at the time of purchase, an appraisal should not be necessary.

Please call me or my assistant, Michelle Molineux, at 610-692-1371. We will be happy to discuss whether an appeal makes sense. Finally, our firm has provided the business community with sophisticated legal representation in commercial matters for over 25 years. Regardless of whether your property qualifies for an assessment reduction, I invite you to view our firm website, www.utbf.com, for a more complete overview of how we can assist you. I look forward to hearing from you and discussing your specific situation.

Sincerely,

John K. Fiorillo

JKF:mem

#2188663v2

MAILING ADDRESS: P.O. Box 515, West Chester, PA 19381-0515, T: 610.692.1371, F: 610.918.1361
OFFICE ADDRESS: 17 West Gay Street, Suite 200, West Chester, PA 19380-3090
www.utbf.com

# Exhibit "B"



**Main Line Health**
Lankenau Heart Institute

LANKENAU HEART GROUP IN DOWNINGTOWN

150 E. PENNSYLVANIA AVENUE
SUITE 200
DOWNINGTOWN PA 19335
Phone 484-476-1000
Fax  484-476-9000

Patient: Daniel Patton
Date of Birth  5/12/1967
Date of Visit  4/17/2025

To Whom it May Concern:

Daniel Patton was seen in my clinic on 4/17/2025 at 2:20 pm. He has been started on a new medication which is being dose titrated for optimum affect. Maintenance dosing should be reached by July. In the meantime, his symptoms continue to be limiting his ability to work. Please continue to excuse him from work until further notice. It is important that he avoid stress in his condition.

Please feel free to contact me at the office if you should have any questions regarding this.

Sincerely,

ABHodess MD

Arthur B. Hodess, MD