United States Bankruptcy Court
for the Eastern District of Pennsylvania

In re:  Linda Patton : Bky No. 24-10875-amc

Debtor : Chapter 13

## **ORDER**

The court having considered the debtor's motion to set aside this court's order of September 16, 2025 and to reinstate the case, and after consideration of the changed circumstances as shown by the debtor, it is

Ordered the order dismissing the case is set aside and that this is be and is reinstated..

_____
Ashely M. Chan, Chief Bankruptcy Judge

Dated: _____

**Lawrence S. Rubin**
**Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com