United States Bankruptcy Court
for the Eastern District of Pennsylvania

In re:  Linda Patton                             :  Bky No. 24-10875-amc

      Debtor                                 :  Chapter 13

## Certification of Service

    I, Lawrence S Rubin, attorney for the debtor, I did on September 26, 2025, cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

**Motion to Reinstate Case**

                         **s/Lawrence S. Rubin, Esquire**
                         Lawrence S. Rubin, Esquire
                         Attorney for Debtor
                         337 West State Street
                         Media, PA 19063
                         (610) 565-6660

Dated: September 26, 2025

---

## Mailing List Exhibit

First Class Mail

Nationstar Mortgage Ll
Attn: Bankruptcy 350 Highland Dr
Lewisville, TX 75067


PA Department of Revenue
Department 280946
Attn: Bankruptcy Division
Harrisburg, PA 17128

Pnc Bank
PO Box 5570
Cleveland, OH 44101

By email

SHERRI R. DICKS
Email: sdicks@raslg.com

Stephen Bottiglieri, Esq <sbottiglieri@tszlegal.com>
Attorney for Horace Prior Trust

**Lawrence S. Rubin**
**Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com

By ECF

All creditors on the claims docket

Kenneth West, Ch 13 Trustee

The debtor by handing her a copy

**Lawrence S. Rubin**
**Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com