<u>SUPPLEMENT TO DOCKET ENTRY NO. 94</u>

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>Linda Patton,<br>　　　　　Movant/Debtor.<br><hr><br>Linda Patton,<br>　　　　　Movant/Debtor,<br><br>　　　v.<br><br>Select Portfolio Servicing, Inc.,<br>　　　　　Secured Creditor/Respondent,<br><br>Kenneth E. West,<br>　　　　　Trustee/Additional Respondent. | Bankruptcy No. 24-10875-amc<br><br>Chapter 13<br><br>Related to Doc. No. 60, 91, 96 |

**<u>SELECT PORTFOLIO SERVICING, INC. OBJECTION</u>**
**<u>TO PROPOSED 11TH AMENDED CHAPTER 13 PLAN OF DEBTOR</u>**

Select Portfolio Servicing, Inc., ("Secured Creditor " or "SPS"), by and through its

undersigned counsel, hereby objects to the proposed 11TH Amended Chapter 13 Plan of Debtor

Linda Patton, and in support thereof alleges as follows:

1. Debtor Linda Patton filed a Voluntary Petition pursuant to Chapter 13 of the Bankruptcy

   Code on March 15, 2024.

2. SPS holds a security interest in the Debtor's real property located 121 Davis Road,

   Malvern, PA 19355 (the "Property"), by virtue of a Mortgage recorded with the Chester

County Recorder of Deeds on December 2, 2004 at Document No. 10484180 that has ultimately been assigned to Select Portfolio Servicing, Inc.

3. Said Mortgage secures a Note in the amount of $333,700.00.

4. On May 22, 2024, Secured Creditor filed its Proof of Claim 5-1 in the amount of $363,766.29.  The Proof of Claim further sets forth and itemizes a pre-petition arrearage of $86,496.62.

5. Following a series of continuances and post-petition defaults, this Honorable Court granted Secured Creditor Relief from the Automatic Stay on December 13, 2024 (at Docket Entry No. 56).

6. Subsequent to Stay Relief, Debtor filed Amended Plans Seven (7) through Ten (10), all aimed at circumventing this court's Order of December 13, 2024 that granted Secured Creditor Relief from the Automatic Stay.  *see* Docket Entries 60, 66, 72, 79, 83.

7. The instant case was finally dismissed on Trustee's Motion on September 16, 2025 (at Docket Entry No. 91).

8. In response, Debtor then filed a Motion to Reinstate Case on September 26, 2025, and a proposed 11th Amended Plan on December 11, 2025.

9. Secured Creditor filed its response to Debtor's Motion November 10, 2025 and submits this Objection to the pending proposed 11th Amended Plan on December 15, 2025.

10. Most recently, on December 12, 2025, Debtor filed a proposed 11th Amended Plan (at Docket Entry No. 96) to supplement her Motion to Reinstate Case filed September 26, 2025.

11. Secured Creditor does not consent to being bound to any Chapter 13 Plan provisions filed by the Debtor, as it has been granted Relief from the Automatic Stay and that Order has not been appealed.

12. Therefore, Secured Creditor intends to proceed with the lawful foreclosure of the real property at issue pursuant to Pennsylvania state law.

13. Based on the foregoing, in addition to its Response to Motion to Reinstate Case pending before the Court, Secured Creditor further objects to the Motion to Reinstate Case and the Proposed 11th Amended Plan.

   **WHEREFORE**, Secured Creditor Select Portfolio Servicing, Inc. respectfully requests that this Court DENY the Motion of Debtor and Sustain Secured Creditor's Objection to the Proposed 11th Amended Chapter 13 Plan of Debtor Linda Patton.

Respectfully Submitted,

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Authorized Agent for Secured Creditor
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Phone: (470) 321-7112
Fax: (404) 393-1425

By: /s/Sherri R. Dicks
SHERRI R. DICKS, Esquire
Pennsylvania Bar Number 90600
Email: sdicks@raslg.com

Date: December 15, 2025

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>Linda Patton,<br>      Movant/Debtor.<br>_____<br><br>Linda Patton,<br>      Movant/Debtor,<br><br>   v.<br><br>Select Portfolio Servicing, Inc.,<br>      Secured Creditor/Respondent,<br><br>Kenneth E. West,<br>      Trustee/Additional Respondent. | Bankruptcy No. 24-10875-amc<br><br>Chapter 13<br><br>Related to Doc. No. 60, 91, 96 |

## CERTIFICATE OF SERVICE

       **I HEREBY CERTIFY** that on <u>December 15, 2025</u>, I electronically filed the foregoing with the Clerk of Court via the CM/ECF system, and a true and correct copy has been served via CM/ECF, and/or United States Mail to the following parties:

Lawrence S. Rubin
Lawrence S. Rubin, Atty.
337 West State Street
Media, PA 19063-2615

Kenneth E. West
Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701

Philadelphia, PA 19106

Frederic J. Baker
Assistant United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

Linda Patton
121 Davis Rd.
Malvern, PA 19355

**Robertson, Anschutz, Schneid, Crane
& Partners, PLLC**
Authorized Agent for Secured Creditor
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Phone: (470) 321-7112
Fax: (404) 393-1425

By: /s/Sherri R. Dicks
SHERRI R. DICKS, Esquire
Pennsylvania Bar Number 90600
Email: sdicks@raslg.com