# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
# PHILADELPHIA DIVISION

In re:  CASE NO.: 24-10875-amc
CHAPTER 13

Linda Patton,

    Debtor.

_____/

## ORDER

**AND NOW**, this **16th** day of **Dec.**, 2025, in the United States Bankruptcy Court for the Eastern District of Pennsylvania, upon the Motion to Reconsider Dismissal / Reinstate Case of Debtor Linda Patton and any response thereto, it is

**ORDERED AND DECREED** as follows:

    The Motion for Reconsideration is **DENIED** in its entirety for the reasons stated on the record.

BY THE COURT:

_____
Ashely M. Chan
Chief United States Bankruptcy Judge