United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-10875-amc |
| Linda Patton | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 16, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Linda Patton, 121 Davis Rd, Malvern, PA 19355-3427 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Dec 18, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| LAWRENCE S. RUBIN | on behalf of Debtor Linda Patton echo@pennlawyer.com  foxtrot@pennlawyer.com;7272@notices.nextchapterbk.com |
| MARY L O'ROURKE | on behalf of Creditor EXP Realty  LLC mary.orourke@exprealty.net, dmastervich@mcguirewoods.com;khays@mcguirewoods.com |
| MICHELLE L. MCGOWAN | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 16, 2025 | Form ID: pdf900 | Total Noticed: 1 |

    on behalf of Creditor Select Portfolio Servicing Inc. mimcgowan@raslg.com

ROBERT BRIAN SHEARER
    on behalf of Creditor Select Portfolio Servicing Inc. rshearer@raslg.com

ROBERT BRIAN SHEARER
    on behalf of Creditor Select Portfolio Servicing INC rshearer@raslg.com

SHERRI DICKS
    on behalf of Creditor U.S. Bank Trust National Association Not In Its Individual CAPA City But Solely As Owner Trustee For RCAF Acquisition Trust sdicks@raslg.com, shrdlaw@outlook.com

SHERRI DICKS
    on behalf of Creditor Select Portfolio Servicing Inc. sdicks@raslg.com, shrdlaw@outlook.com

STEPHEN VINCENT BOTTIGLIERI
    on behalf of Creditor Horace N. Pryor Irrevocable Trust sbottiglieri@tszlegal.com ToscaniStathesZoellerLLC@jubileebk.net

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

In re:  CASE NO.: 24-10875-amc
  CHAPTER 13
Linda Patton,

    Debtor.

_____/

### ORDER

**AND NOW**, this __16th__ day of __Dec.__, 2025, in the United States Bankruptcy Court for the Eastern District of Pennsylvania, upon the Motion to Reconsider Dismissal / Reinstate Case of Debtor Linda Patton and any response thereto, it is

**ORDERED AND DECREED** as follows:

    The Motion for Reconsideration is **DENIED** in its entirety for the reasons stated on the record.

BY THE COURT:

_____
Ashely M. Chan
Chief United States Bankruptcy Judge